No. 79–878. WESTMORELAND HOSPITAL ASSN. ET AL. *v.* BLUE CROSS OF WESTERN PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 79–879. TRACY, JUDGE *v.* GOLSTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–887. TERRY *v.* INDIANA SUPREME COURT DISCIPLINARY COMMISSION. Sup. Ct. Ind. Certiorari denied.

No. 79–888. BILLINGSLEY ET UX. *v.* MOORE ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 79–889. ROMEROS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–890. LAMERS DAIRY, INC., ET AL. *v.* SECRETARY OF AGRICULTURE. C. A. 7th Cir. Certiorari denied.

No. 79–893. ROY ET UX. *v.* ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 79–895. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 701, ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–898. EDGAR ET UX. *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 79–905. JOSIAH *v.* GOVERNMENT OF THE VIRGIN ISLANDS;

No. 79–916. RIVERA *v.* GOVERNMENT OF THE VIRGIN ISLANDS; and

No. 79–5734. RIOS *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied. Reported below: 609 F. 2d 501.